UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEDEARO BURRELL,

     Plaintiff,

                                            Case No. 25-cv-13254

v.                                      Hon. Matthew F. Leitman

WILLIAM L. WARBINGTON,

     Defendant.

_____/

**<u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (ECF No. 4)</u>**

In this case, Plaintiff Tedearo Burrell brings claims against Christopher Warbington,[1] an employee of the U.S. Social Security Administration. (*See* Notice of Removal, ECF No. 1.)  Warbington removed the case to this Court under 28 U.S.C. § 1442 and 28 U.S.C. § 2679(d) "because the Attorney General, through his designee, . . . has certified that [Warbington] was acting within the scope of his employment at the time of the incident out of which this suit arose." (*Id.*, PageID.1-2.)  Burrell's action is therefore one "against or directed to . . . [t]he United States or any agency thereof or any officer (or any person acting under that officer) of the

---

[1] Burrell named a "William L. Warbington" as Defendant, but Defendant has since clarified that his name is Christopher Warbington. (*See* Mot., ECF No. 4, PageID.16.)

1

United States," 28 U.S.C. § 1442, and removal is proper under 28 U.S.C. § 1442(a)(1).

On November 24, 2025, Warbington filed a motion to dismiss the claims for lack of subject matter jurisdiction, in which he explained that Burrell's suit is effectively a suit against the Social Security Administration and suits brought against U.S. government agencies shall be dismissed unless the plaintiff can "identify a waiver of sovereign immunity." (*See* Mot., ECF No. 4, PageID.24-25 (quoting *Reetz v. United States*, 224 F.3d 794, 795 (6th Cir. 2000).)  Burrell did not respond to the motion.  Because Burrell has not met his burden to identify a waiver of sovereign immunity that would permit his suit, Warbington's motion to dismiss for lack of subject matter jurisdiction is **GRANTED**.  The Court **DISMISSES** Burrell's claims against Warbington with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 4, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 4, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager

2