UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEDEARO BURRELL,

     Plaintiff,

                                      Case No. 25-cv-13254
v.                                  Hon. Matthew F. Leitman

WILLIAM L. WARBINGTON,

     Defendant.

_____/

## **<u>JUDGMENT</u>**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                      KINIKIA ESSIX
                                      CLERK OF COURT

                           By:   <u>s/Holly A. Ryan</u>
                                      Deputy Clerk

Approved:

<u>s/Matthew F. Leitman</u>
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 4, 2026
Detroit, Michigan

1